I.(a) Plaintiffs

**THE STATE OF TEXAS,**
By and through its Attorney General, Ken Paxton,

**THE STATE OF ALASKA,**
By and through its Attorney General,

**THE STATE OF ARKANSAS,**
By and through its Attorney General, Leslie Rutledge

**THE STATE OF FLORIDA**,
By and through its Attorney General, Ashley Moody

**THE STATE OF INDIANA,**
By and through its Attorney General, Todd Rokita

**THE STATE OF MISSOURI,**
By and through its Attorney General,

**THE STATE OF MONTANA,**
By and through its Attorney General, Austin Knudsen

**THE STATE OF OKLAHOMA,**
By and through its Attorney General, John M. O'Connor

I.(b) Attorneys

**THE STATE OF TEXAS,**
By and through its Attorney General, Ken Paxton,
Aaron F. Reitz
*Deputy Attorney General for Legal Strategy*
Michelle Ghetti
*Special Counsel*
Office of the Attorney General
PO Box 12548 (MC 009)
Austin, TX 78711-2548
Tel: (512) 463-4139
Fax: (512) 474-2697
Aaron.Reitz@oag.texas.gov
Michelle.Ghetti@oag.texas.gov

*Counsel for the State of Texas*

**THE STATE OF ALASKA,**

By and through its Attorney General, Treg R. Taylor

Cori M. Mills
*Deputy Attorney General*
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
*Counsel for the State of Alaska*

**THE STATE OF ARKANSAS,**

By and through its Attorney General, Leslie Rutledge

Dylan L. Jacobs
*Assistant Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
*Counsel for the State of Arkansas*

**THE STATE OF FLORIDA**,

By and through its Attorney General, Ashley Moody

James H. Percival (FBN 1016188)
*Deputy Attorney General of Legal*
*Policy*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

**THE STATE OF INDIANA,**

By and through its Attorney General, Todd Rokita

Betsy M. DeNardi
Cory C. Voight
*Directors of Complex Litigation*
Indiana Government Center South
302 W. Washington St., 5th Floor

Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

### THE STATE OF MISSOURI,

By and through its Attorney General, Eric Schmitt

D. John Sauer
*Solicitor General*
Jesus A. Osete
*Deputy Attorney General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov
Jesus.Osete@ago.mo.gov
*Counsel for the State of Missouri*

### THE STATE OF MONTANA,

By and through its Attorney General, Austin Knudsen

Kristin Hansen
*Lieutenant General*
David M.S. Dewhirst
*Solicitor General*
Christian B. Corrigan
*Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
christian.corrigant@mt.gov
*Counsel for the State of Montana*

### THE STATE OF OKLAHOMA,

By and through its Attorney General, John M. O'Connor

Bryan Cleveland
*Assistant Solicitor General*
Office of the Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105

(405) 521-3921
bryan.cleveland@oag.ok.gov
*Counsel for the State of Oklahoma*

**Gene P. Hamilton**
Virginia Bar No. 80434
Vice-President
and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

I.(a) Defendants

**Joseph R. Biden, Jr.,** in his official capacity as President of the United States;

**United States of America;**

**U.S. Department of State;**

**U.S. Department of State, Bureau of Population, Refugees, and Migration**

**U.S. Department of Homeland Security;**

**U.S. Citizenship and Immigration Services;**

**Antony J. Blinken,** in his official capacity as Secretary of State;

**Nancy Izzo Jackson,** in her official capacity as Senior Bureau Official, Bureau of Population, Refugees, and Migration;

**Alejandro Mayorkas,** in his official capacity as Secretary of Homeland Security;

**Ur Jaddou,** in her official capacity as Director of U.S. Citizenship and Immigration Services