IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| THE STATE OF TEXAS, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 2:22-CV-14-M |
| JOSEPH R. BIDEN, JR., et al., | |
| Defendants. | |

**NOTICE OF INTENT TO OPPOSE PLAINTIFFS' NOTICE OF RELATED CASE**

Defendants are in receipt of Plaintiffs' amended civil cover sheet, (*see* Doc. 3), which seeks to relate this case to another in this district only after it was formally assigned to this Court. Defendants intend to file a formal opposition to that relatedness designation and request the Court not take any action on Plaintiffs' relatedness designation, if any, until at least Defendants have had an opportunity to formally respond.

**Notice of Intent to Oppose Plaintiffs' Notice of Related Case – Page 1**

Respectfully submitted,

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Assistant Director*

JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-7537
Email: joseph.a.darrow@usdoj.gov

 * * * * *
CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:	214-659-8626
Facsimile:	214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

<u>Certificate of Service</u>

On January 31, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
