IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § § § § § | Civil Action No. 2:22-cv-00014-M |
| JOSEPH R. BIDEN, JR., et al., | | |
| Defendants. | | |

## ORDER

The Court will determine if this case should be transferred based upon the two cases referenced. The Court desires no further filings on the matter.

**SO ORDERED**.

February 2, 2022.

*[signature: Barbara M.G. Lynn]*
BARBARA M. G. LYNN
CHIEF JUDGE