UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

The State of Texas, et al
*Plaintiff*

v.

President Joseph R. Biden, et al.
*Defendant*

§ § § § § § § § §

Case No. 2:22-cv-00014-M

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

State of Alaska, Department of Law, with offices at

123 4th Street
(Street Address)

Juneau
(City)

AK
(State)

99811
(Zip Code)

907-465-3600
(Telephone No.)

907-465-2520
(Fax No.)

**II.** Applicant will sign all filings with the name Cori M. Mills.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:

______________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Alaska, where Applicant regularly practices law.

Bar license number: 1212140 Admission date: December 2012

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for the District of Alaska | September 27, 2021 | Active |
| State of California | | Inactive |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Aaron F. Reitz, who has offices at

300 W. 15th Street
(Street Address)

| Austin | Texas | 78701 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 512-463-4139 | 512-474-2697 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 9th day of February, 2022.

Cori M. Mills
Printed Name of Applicant

[signature]
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Cori Marie Mills** was admitted to the Alaska Bar Association and to the practice of law in Alaska in December of 2012, and is presently an Active member in good standing of the Alaska Bar Association.

Dated December 9, 2021.

ALASKA BAR ASSOCIATION

for Charissa Feltman

Danielle Bailey
Executive Director

P. O. Box 100279 • Anchorage, Alaska 99510-0279
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

District of Alaska

## CERTIFICATE OF GOOD STANDING

I, Brian D. Karth, Clerk of this Court,

certify that CORI MILLS, Bar # 1212140,

was duly admitted to practice in this Court on September 27, 2021, and is in good standing as a member

of the Bar of this Court.

Dated at Anchorage, Alaska *(Location)* on November 23, 2021 *(Date)*

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

Brian D. Karth
*CLERK*

Holly Rhoden
*DEPUTY CLERK*