IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:22-cv-00014-M |
| JOSEPH R. BIDEN, JR., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

The Court concludes that this case is not sufficiently related to another case and thus will not be transferred under Northern District of Texas Local Rule 3.3(b). In light of this finding, and the fact that no party resides in the Amarillo Division, the parties are to confer and advise if they and the potential intervenors will agree to an intra-division transfer of this case to the undersigned's docket in the Dallas Division.

**SO ORDERED**.

March 29, 2022.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE