# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:22-cv-00014-M |
| JOSEPH R. BIDEN, JR., et al., | § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is the Motion to Intervene Under Fed. R. Civ. P. 24 (ECF No. 19). The parties are to file any responses to the Motion to Intervene on or before April 11, 2022. Replies are due on or before April 25, 2022.

**SO ORDERED**.

March 29, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE