# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:22-cv-00014-M |
| JOSEPH R. BIDEN, JR., et al., | § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is the Motion to Proceed Without Local Counsel (ECF No. 18) filed by several parties who seek to intervene. The Motion is GRANTED, and the parties seeking to intervene may proceed without local counsel.

**SO ORDERED**.

March 29, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE