# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> *Defendants*. | Civ. Action No. 2:22-cv-00014 |

## JOINT ADVISORY

In response to the Court's inquiry, ECF No. 28, Plaintiffs, Defendants, and the Proposed Intervenors all agree to an intra-district transfer to the Dallas Division.

1

Dated: April 4, 2022

CHAD E. MEACHAM
*United States Attorney*
BRIAN W. STOLTZ
*Assistant United States Attorney*
BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*


*/s/ Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

 */s/ Debra J. McComas*
DEBRA J. McCOMAS
HAYNES & BOONE LLP
State Bar No. 00794261
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Tel. (214) 651-5000
Fax (214) 651-5940
debbie.mccomas@haynesboone.com

*/s/ Linda B. Evarts*
LINDA B. EVARTS
NYS Bar No. 5236948 (*pro hac vice*)
KATHRYN C. MEYER
NYS Bar No. 5504485 (*pro hac vice*)
MARIKO HIROSE
NYS Bar No. 4802674 (*pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, NY 10004
Tel. (516) 838-1655
Fax: (929) 999-8115
levarts@refugeerights.org
kmeyer@refugeerights.org
mhirose@refugeerights.org

*Counsel for Proposed Defendant-Intervenors*

GENE P. HAMILTON
Virginia Bar No. 80434
Vice-President
  and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

KEN PAXTON
  *Attorney General of Texas*

BRENT WEBSTER
  *First Assistant Attorney General*

PATRICK K. SWEETEN
  *Deputy Attorney General*
  *for Special Litigation*

AARON F. REITZ, TEXAS BAR NO. 24105704
  *Deputy Attorney General*
  *for Legal Strategy*

*/s/ Ryan D. Walters*
RYAN D. WALTERS, TEXAS. BAR NO. 24105085
  *Special Counsel, Special Litigation Unit*

MICHELLE W. GHETTI, TEXAS BAR NO. 04342300
  *Special Counsel for Legal Strategy*

Office of the Attorney General of Texas
PO Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
Ryan.Walters@oag.texas.gov
Aaron.Reitz@oag.texas.gov
Michelle.Ghetti@oag.texas.gov

*Counsel for Plaintiff State of Texas*

3

OTHER COUNSEL FOR
PLAINTIFFS:

STEVE MARSHALL
  *Attorney General of Alabama*
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*


TREG R. TAYLOR
  *Attorney General of Alaska*
Cori M. Mills
  *Deputy Attorney General*
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
*Counsel for the State of Alaska*

MARK BRNOVICH
  *Attorney General of Arizona*
Drew C. Ensign
  *Deputy Solicitor General*
2005 N. Central Ave.
Phoenix, AZ 85004
Phone: (602) 542.5025
Fax: (602) 542.4377
*Counsel for the State of Arizona*

4

LESLIE RUTLEDGE
  *Attorney General of Arkansas*
Dylan L. Jacobs
  *Deputy Solicitor General*
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
*Counsel for the State of Arkansas*

ASHLEY MOODY
  *Attorney General of Florida*
James H. Percival (FBN 1016188)
  *Deputy Attorney General of Legal*
    *Policy*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

LAWRENCE G. WASDEN
  *Attorney General of Idaho*
Brian Kane
  *Chief Deputy*
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-8071
Brian.kane@ag.idaho.gov
*Counsel for the State of Idaho*

THEODORE E. ROKITA
  *Attorney General of Indiana*
Betsy M. DeNardi

5

Cory C. Voight
  *Directors of Complex Litigation*
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

DANIEL CAMERON
  *Attorney General of Kentucky*
Olivia F. Amlung
  *Assistant Attorney General*
Kentucky Office of the Attorney
  General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
olivia.amlung@ky.gov
*Counsel for the Commonwealth of Kentucky*

JEFF LANDRY
  *Attorney General of Louisiana*
Elizabeth B. Murrill
  *Solicitor General*
J. Scott St. John
  *Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

ERIC S. SCHMITT
  *Attorney General of Missouri*
John Sauer

6

*Solicitor General*
Jesus Osete
  *Deputy Solicitor General and*
  *Deputy Attorney General for*
*Special Litigation*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov
Jesus.Osete@ago.mo.gov
*Counsel for the State of Missouri*


AUSTIN KNUDSEN
  *Attorney General of Montana*
Kristin Hansen
  *Lieutenant General*
David M.S. Dewhirst
  *Solicitor General*
Christian B. Corrigan
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
christian.corrigant@mt.gov
*Counsel for the State of Montana*

JOHN M. O'CONNOR
  *Attorney General of Oklahoma*
Bryan Cleveland
  *Deputy Solicitor General*
Office of the Oklahoma Attorney
  General
313 NE 21st St.

7

Oklahoma City, OK 73105
(405) 521-3921
bryan.cleveland@oag.ok.gov
*Counsel for the State of Oklahoma*

ALAN WILSON
  *Attorney General of South Carolina*
Thomas T. Hydrick
  *Assistant Deputy Solicitor General*
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
Email: thomashydrick@scag.gov
*Counsel for the State of South Carolina*

SEAN D. REYES
  *Utah Attorney General*
Melissa A. Holyoak
  *Utah Solicitor General*
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Email: melissaholyoak@agutah.gov
*Counsel for the State of Utah*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 4, 2022, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Ryan D. Walters*
Ryan D. Walters
