IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:22-cv-00014-M |
| JOSEPH R. BIDEN, JR., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Based on the parties' Joint Advisory (ECF No. 33), the Court TRANSFERS this case to the Dallas Division of the United States District Court for the Northern District of Texas.

**SO ORDERED**.

April 6, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE